ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN MIGUEL MARTINEZ OJEDA,<br><br>Plaintiff,<br><br>v.<br><br>UR JADDOU, in her official capacity as Director of United States Citizenship Services (USCIS) *et al.*,<br><br>Defendants. | C 3:23-cv-06331-LJC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until August 15, 2024. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1. Plaintiff filed this mandamus action seeking adjudication of their Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for April 17, 2024. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or

unforeseen circumstances that would require additional time for adjudication. If USCIS needs to reschedule Plaintiff's interview, USCIS will do its best to reschedule within four weeks of the initial appointment.

    2.    Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents seven to ten days prior to the interview may result in the interview being rescheduled at no fault of USCIS.

    3.    If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

    4.    Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case.

    5.    The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 15, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 16, 2024

Respectfully submitted[1],

ISMAIL J. RAMSEY
United States Attorney

*s/ Adrienne Zack*
ADRIENNE ZACK
ELIZABETH KURLAN
Assistant United States Attorneys
Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: February 16, 2024

*s/ Jessica Arena*
JESSICA T. ARENA
Law Office of Jessica T. Arena

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 16, 2024

HON. LISA J. CISNEROS
United States Magistrate Judge